UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

SAMUEL ROOSEVELT JONES,

        Plaintiff,        Case No. 1:10-cv-812

v.        Honorable Paul L. Maloney

PATRICIA L. CARUSO et al.,

        Defendants.

_____/

**ORDER FOR PARTIAL SERVICE**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Patricia L. Caruso, Royal H. Calley, Mary Berghuis, Mark Sutherby, Nurse L. Strand, (unknown) Grasick and D. J. Palin be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant (unknown) Hoekstra in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Defendant Hoekstra shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated: April 14, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge