UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
——

| | | |
|---|---|---|
| SAMUEL ROOSEVELT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-812 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| UNKNOWN HOEKSTRA, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

In accordance with the order entered this date:

IT IS ORDERED that judgment be and hereby is entered against plaintiff and in favor of defendants, dismissing the claims against all defendants except Unknown Hoekstra with prejudice and the claims against defendant Hoekstra without prejudice.

Dated:   February 20, 2014            /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge